**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Attorney for Defendants, CITY OF ROSEVILLE, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK
*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATE DISTRICT COURT IN AND FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE CHAN, RYAN SMITH, | Case No.: 2:25-cv-00975-DJC-CSK |
| Plaintiffs, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; ORDER** |
| CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK, DOES 1-30, | |
| Defendants. | Compl. Filed: 3/28/2025<br>Trial Date: |

Plaintiffs AMY CHAN, and RYAN SMITH (collectively "Plaintiffs") and Defendants CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, and OFFICER HANCOCK (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as "the parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. The parties have explored the possibility of early settlement negotiations. To that end, Defendants have informally agreed to share documents related to the subject incident with Plaintiffs. Further, Plaintiffs contend obtaining Defendant Franklin's deposition testimony is necessary to having productive settlement discussions.

---
1
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; ORDER

2. The parties stipulate that Plaintiffs should be afforded leave to take Defendant Franklin's deposition as soon as the parties are available for the depositions, on a date to be mutually agreed upon by the parties.

3. The parties intend to schedule a mediation or settlement conference to occur in June 2025.

4. The parties stipulate it will promote efficiency for the parties and Court to extend the deadline for Defendants to file their respective responsive pleadings to Plaintiffs' Complaint until after a mediation or settlement conference is completed. Thus, the parties stipulate Defendants' deadline to file their respective responsive pleadings should be extended to July 21, 2025.

**IT IS SO STIPULATED.**

Dated:   April 18, 2025         PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By:   /s/ *William E. Camy*
                                      William E. Camy
                                      Attorney for Defendant CITY OF
                                      ROSEVILLE, OFFICER KOENIG,
                                      OFFICER SANCHEZ, OFFICER
                                      HANCOCK

Dated:   April 16, 2025         LAW OFFICE OF JOSEPH DAVID MANUEL

                                By:   /s/ *Joseph David Manuel*
                                      Joseph David Manuel
                                      Attorney for Plaintiffs

Dated:   April 15, 2025         ANGELO, KILDAY & KILDUFF, LLP

                                By:   /s/ *Derick E. Konz*
                                      Derick E. Konz
                                      Attorney for Defendant OFFICER
                                      FRANKLIN

# **ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs are granted leave to obtain the deposition of Defendant Franklin as soon as the parties are mutually available.
2. The deadline for Defendants to file their respective responsive pleadings to Plaintiffs' Complaint is extended to July 21, 2025.

**IT IS SO ORDERED.**

Dated:  April 18, 2025              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE