1

**PORTER | SCOTT**

2   A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
3   2180 Harvard Street, Suite 500
Sacramento, CA 95815
4   TEL: 916.929.1481
FAX: 916.927.3706
5   wcamy@porterscott.com

6

7   Attorney for Defendants, CITY OF ROSEVILLE, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK

8   *Exempt from filing fee pursuant to Government Code section 6103*

9

10          **UNITED STATE DISTRICT COURT IN AND FOR**
                **THE EASTERN DISTRICT OF CALIFORNIA**

11

12

13   AMIE CHAN, RYAN SMITH,                 **Case No.: 2:25-cv-00975-DJC-CSK**

14          Plaintiffs,

15   vs.                                    **STIPULATION FOR SETTLEMENT CONFERENCE; ORDER**

16   CITY    OF    ROSEVILLE,    OFFICER
FRANKLIN, OFFICER KOENIG, OFFICER
17   SANCHEZ, OFFICER HANCOCK, DOES 1-
30,                                         Compl. Filed: 3/28/2025
18                                          Trial Date:
          Defendants.
19   _____/

20

21

22

23

24

25

26

27

28

STIPULATION FOR SETTLEMENT CONFERENCE; ORDER

1

**STIPULATION**

2      The parties, by and through their respective counsels of record, hereby stipulate as follows:

3      1.  This matter be set for an early settlement conference to be conducted before Magistrate Judge

4          Carolyn Delaney on June 20, 2025, at 9:30 a.m., via ZOOM.

5  **IT IS SO STIPULATED.**

6

7  Dated:      April 21, 2025                        PORTER SCOTT
                                                     A PROFESSIONAL CORPORATION
8

9                                                    By:      /s/ *William E. Camy*
                                                              William E. Camy
10                                                            Attorney for Defendant CITY OF
                                                              ROSEVILLE, OFFICER KOENIG,
11                                                            OFFICER SANCHEZ, OFFICER
                                                              HANCOCK
12

13

14  Dated:    April 21, 2025                         LAW OFFICE OF JOSEPH DAVID MANUEL

15

16

17                                                   By:      /s/ *Joseph David Manuel*
                                                              Joseph David Manuel
18                                                            Attorney for Plaintiff

19
    Dated:    April 21, 2025                         ANGELO, KILDAY & KILDUFF, LLP
20

21

22                                                   By:      /s/ *Derick E. Konz*
                                                              Derick E. Konz
23                                                            Attorney for Defendant OFFICER
                                                              FRANKLIN
24

25

26

27

28

1

**ORDER**

2          The Court, having reviewed and considered the Parties' Stipulation for an early Settlement

3   Conference, and finding good cause, hereby Orders as follows:

4          1.      This matter approves the setting of an early settlement conference to be conducted before

5   Magistrate Judge Carolyn Delaney on June 20, 2025, at 9:30 a.m., Via ZOOM.

6

7   **IT IS SO ORDERED.**

8

9   Dated:  April 21, 2025                                      /s/ Daniel J. Calabretta

10                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28