1

**P O R T E R  |  S C O T T**

2  A PROFESSIONAL CORPORATION
   William E. Camy, SBN 291397
3  2180 Harvard Street, Suite 500
   Sacramento, CA 95815
4  TEL: 916.929.1481
   FAX: 916.927.3706
5  wcamy@porterscott.com

6

7  Attorney for Defendants, CITY OF ROSEVILLE, OFFICER SANCHEZ, OFFICER HANCOCK
   *Exempt from filing fee pursuant to Government Code section 6103*

8

9              UNITED STATE DISTRICT COURT IN AND FOR
10              THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  AMIE CHAN, RYAN SMITH,                    **Case No.: 2:25-cv-00975-CSK**

                    Plaintiffs,
14
                                              **STIPULATION FOR EXTENSION OF TIME
15  vs.                                       FOR DEFENDANTS TO FILE RESPONSIVE
                                              PLEADING AND OTHER MATTERS;**
16  CITY OF ROSEVILLE, OFFICER               ~~**[PROPOSED]**~~ MODIFIED ORDER
    FRANKLIN, OFFICER KOENIG, OFFICER
17  SANCHEZ, OFFICER HANCOCK, DOES 1-
    30,
                                             Compl. Filed: 3/28/2025
18                  Defendants.              Trial Date: Not Set

19  _____/

20

21      Plaintiffs AMIE CHAN and RYAN SMITH (collectively "Plaintiffs") and Defendants CITY OF

22  ROSEVILLE, OFFICER FRANKLIN, OFFICER SANCHEZ, and OFFICER HANCOCK (collectively

23  "Defendants")[1] (Plaintiffs and Defendants collectively referred to as "the parties"), by and through their

24  respective counsels of record, hereby stipulate as follows:

25      1. Plaintiffs have expressed an intent to amend their Complaint to add an additional Plaintiff, Elijah

26         Norwood. Defendants stipulate there is good cause to grant Plaintiffs leave to amend the

27         complaint.

28

---

[1] Plaintiffs previously dismissed Officer Koenig.

2.   The parties stipulate it will promote efficiency for the parties and Court to extend the deadline for Defendants to file their respective responsive pleadings to Plaintiffs' Complaint until after an amended complaint is filed. Thus, the parties stipulate Defendants' deadline to file their respective responsive pleadings should be extended to 21 days after Plaintiffs' amended complaint is served on Defendants.

**IT IS SO STIPULATED.**

Dated:     July 24, 2025                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

                                           By:    */s/ William E. Camy*
                                                  William E. Camy
                                                  Attorney for Defendant CITY OF
                                                  ROSEVILLE, OFFICER SANCHEZ,
                                                  OFFICER HANCOCK

Dated:     July 23, 2025                    LAW OFFICE OF JOSEPH DAVID MANUEL

                                           By:    */s/ Joseph D. Manuel*
                                                  Joseph David Manuel
                                                  Attorney for Plaintiff

Dated:     July 23, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                           By:    */s/ Derick E/ Konz*
                                                  Derick E. Konz
                                                  Attorney for Defendant OFFICER
                                                  FRANKLIN

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; MODIFIED ORDER

1

## <u>MODIFIED ORDER</u>

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs are granted leave to amend their Complaint to add Elijah Norwood as a party.

2. Plaintiffs shall file their amended complaint by Friday, August 1, 2025.

3. The deadline for Defendants to file their respective responsive pleadings to Plaintiffs' Complaint is extended 21 days after Plaintiffs' amended complaint is served on Defendants.

4. Plaintiffs' motion to amend the Complaint (ECF No. 25) is DENIED as moot pursuant to the parties' stipulation and the September 2, 2025 hearing is vacated.

**IT IS SO ORDERED.**

Dated:  July 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, chan0975.25

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; MODIFIED ORDER