**UNITED STATE DISTRICT COURT IN AND FOR**
**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASMINE PANSOY, | Case No.: 2:25-cv-00889-CSK |
|        Plaintiff, | [PROPOSED] MODIFIED ORDER GRANTING DEFENDANTS CITY OF ROSEVILLE, OFFICER SANCHEZ, AND OFFICER HANCOCK'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE MATTERS FOR TRIAL |
| vs. | |
| CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK, DOES 1-30, | |
|        Defendants. | Compl. Filed: 3/18/2025 Trial Date: 1/24/2028 |
| _____ / | Case No.: 2:25-cv-00975-CSK |
| AMIE CHAN, RYAN SMITH, ELIJAH NORWOOD | Date: March 17, 2026 Time: 10:00 am Location: Courtroom 25 - 8th floor 501 I Street, Sacramento, CA 95814 |
|        Plaintiffs, | |
| vs. | |
| CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK, DOES 1-30, | Compl. Filed: 3/28/2025 FAC Filed: 8/1/2025 Trial Date: 2/1/2028 |
|        Defendants. | |
| _____ / | |

On February 9, 2026, Defendants City of Roseville, Officer Sanchez, and Officer Hancock filed motions to consolidate matters for trial and noticed the motions for a March 17, 2026 hearing before the undersigned. *See Pansoy*, ECF No. 30; *Chan*, ECF No. 37. On February 10, 2026, Defendant Officer Franklin joined Defendants City of Roseville, Officer Sanchez, and Officer Hancock's motion to consolidate. *See Pansoy*, ECF No. 31; *Chan*, ECF No. 38. On February 12, 2026, Plaintiffs Pansoy, Chan, Smith, and Norwood filed statements of non-opposition to the motions and stated they did not oppose consolidation of the two actions. *See Pansoy*, ECF No. 32 at 1; *Chan*, ECF No. 39 at 1.

The Court, having reviewed Defendants City of Roseville, Officer Sanchez, and Officer Hancock's motions to consolidate matters for trial, finds that the two actions, *Pansoy v. City of Roseville, et al*., No. 2:25-cv-0889-CSK, and *Chan v. City of Roseville*, No. 2:25-cv-0975-CSK, involve common questions of law and fact. Consolidation is therefore necessary to avoid unnecessary costs and delay, prevent inconsistent judgments, and conserve judicial resources pursuant to Federal Rule of Civil Procedure 42(a).

**IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to consolidate matters for trial are GRANTED (*Pansoy v. City of Roseville, et al*., No. 2:25-cv-0889-CSK (ECF No. 30); *Chan v. City of Roseville*, No. 2:25-cv-0975-CSK (ECF No. 37)).

2. The March 17, 2026 hearings on Defendants' motions to consolidate matters for trial in *Pansoy v. City of Roseville, et al*., No. 2:25-cv-0889-CSK (ECF No. 30) and *Chan v. City of Roseville*, No. 2:25-cv-0975-CSK (ECF No. 37) are VACATED.

3. The above-entitled actions, *Pansoy v. City of Roseville, et al*., Case No. 2:25-cv-0889-CSK and *Chan v. City of Roseville*, Case No. 2:25-cv-0975-CSK, are consolidated for all purposes, including trial.

4. The two cases shall proceed under the lowest case number, *Pansoy v. City of Roseville, et al.*, No. 2:25-cv-0889-CSK.

5. *Chan v. City of Roseville*, Case No. 2:25-cv-0975-CSK is CLOSED and no further documents are to be filed in the *Chan* action.

[PROPOSED] MODIFIED ORDER GRANTING DEFENDANTS CITY OF ROSEVILLE, OFFICER SANCHEZ, AND OFFICER HANCOCK'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE MATTERS FOR TRIAL

6. A jury trial is set for January 24, 2028 at 9:30 a.m. in Courtroom No. 25 before United States Magistrate Judge Chi Soo Kim for the consolidated action.

7. The jury trial set for February 1, 2028 in *Chan v. City of Roseville*, Case No. 2:25-cv-0975-CSK, is VACATED.

**IT IS SO ORDERED.**

Dated:  February 18, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, pans0889.25, 4, chan0975.25

[PROPOSED] MODIFIED ORDER GRANTING DEFENDANTS CITY OF ROSEVILLE, OFFICER SANCHEZ, AND OFFICER HANCOCK'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE MATTERS FOR TRIAL